# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fred J. de La Cotera

                        Plaintiff,

v.                                              Case No.: 1:23−cv−04606

                                                  Honorable Charles P. Kocoras

Progressive Physical Therapy, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 24, 2024:

      MINUTE entry before the Honorable Charles P. Kocoras: In light of the joint stipulation of dismissal [31] filed on 4/23/2024, this matter is dismissed with prejudice as to the individual claims of Plaintiff; any class claims are dismissed without prejudice. Civil case terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.